IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| **KELTON JONATHON SORENSON,**<br><br>  Plaintiff,<br><br>v.<br><br>**STATE OF NEVADA and CLARK COUNTY, NEVADA,**<br><br>  Defendants. | **MEMORANDUM DECISION AND ORDER AFFIRMING & ADOPTING REPORT & RECOMMENDATION**<br><br>Case No. 4:20-CV-83-DAK-DAO<br><br>Judge Dale A. Kimball<br><br>Magistrate Judge Daphne A. Oberg |

This case was assigned to United States District Court Judge Dale A. Kimball, who then referred it to United States Magistrate Judge Daphne A. Oberg under 28 U.S.C. § 636(b)(1)(B). On January 5, 2021, Magistrate Judge Oberg issued a Report and Recommendation, recommending that the court grant Plaintiff's motion for leave to proceed *in forma pauperis* [ECF No. 1] and dismiss this action with prejudice under 28 U.S.C. § 1915(e)(2)(B).

The Report and Recommendation notified Plaintiff that any objection to the Report and Recommendation was required to be filed within fourteen days of receiving it. Plaintiff did not file an objection to the Report and Recommendation in this case.

A Magistrate Judge's Report and Recommendation is subject to *de novo* review by this court. *See* 28 U.S.C. § 636(b)(1)(B); *see also* Fed. R. Civ. P. 72(b). The court has reviewed the case *de novo*, including Plaintiff's proposed Complaint and the Magistrate Judge's Report and Recommendation.

The court agrees fully with the analysis in Magistrate Judge Oberg's Report and Recommendation. Plaintiff's allegations are frivolous and fail to state a claim for relief against the named defendants. Moreover, it would be futile to give Plaintiff an opportunity to amend his proposed Complaint. The court adopts the Report and Recommendation as the Order of the court. The court, therefore, dismisses this action with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B).

DATED this 2d day of February, 2021.

BY THE COURT:

_____
DALE A. KIMBALL
United States District Judge